1
2
3
4
5
6
7
8                   IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE A. VEGA,                          1:07-cv-01193-OWW-WMW (PC)

12              Plaintiff,                    ORDER GRANTING PLAINTIFF'S FIRST
                                             MOTION TO EXTEND TIME TO FILE AN
13         vs.                                ANSWER

14    MTA BREWER, et al.,                     (DOCUMENT #16)

15              Defendants.                   30-DAY DEADLINE

16    _____/

17         Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18    1983.  On February 6, 2009,  plaintiff filed a motion to extend time to file an  answer.  Good

19    cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS

20    HEREBY ORDERED that:

21         Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22    an  answer.

23    IT IS SO ORDERED.

24    **Dated:    February 9, 2009**          **/s/  William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28