IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE A. VEGA,

        Plaintiff,                  1: 07 CV 01193 OWW YNP GSA (PC)

   vs.                                 ORDER

MTA BREWER, et al.,

        Defendants.

     On January 13, 2009, an order was entered, dismissing the operative pleading in this case and granting Plaintiff leave to file an amended complaint. Plaintiff failed to do so, and on May 7, 2009, a recommendation of dismissal was entered. On May 8, 2009, Plaintiff filed an amended complaint. Plaintiff filed objections to the findings and recommendations of June 9, 2009.

     Accordingly, IT IS HEREBY ORDERED that the May 2, 2009, findings and recommendations are vacated. This action proceeds on the May 8, 2009, first amended complaint.

     IT IS SO ORDERED.

     **Dated:   June 16, 2009**              /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

1