| | |
|---|---|
| 1 | |
| 2 | IN THE UNITED STATES DISTRICT COURT |
| 3 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

JOSE A. VEGA,

       Plaintiff,                      1: 07 CV 01193 OWW YNP GSA (PC)

       vs.                             ORDER RE MOTION (DOC 24)

MTA BREWER, et al.,

       Defendants.

On June 17, 2009, an order was entered, vacating an earlier recommendation of dismissal and directing that this action proceed on the May 8, 2009, fist amended complaint. On Jul 10, 2009, Plaintiff filed a motion titled as a motion for reconsideration of motion and order to dismiss. Though unclear what relief Plaintiff seeks, he appears to be requesting leave to file an amended complaint.

The court will construe the motion as a motion for extension of time, and grant Plaintiff leave to file an amended complaint. Should Plaintiff fail to file an amended complaint within thirty days, a screening order will issue as to the May 8, 2009, first amended complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

Dated: **February 10, 2010**       **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE